■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL J. EVANS, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Westchester County, rendered October 7, 1975, convicting him of robbery in the second degree, after a nonjury trial, and imposing sentence. Judgment affirmed. The failure to produce an exculpatory police report at the identification hearing, which was introduced at the trial, is not reversible error. The defendant's guilt was established beyond a reasonable doubt. Martuscello, Acting P. J., Cohalan, Rabin and Mollen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS IANNONE, Appellant.—Judgment of the County Court, Suffolk County, rendered July 26, 1976, affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Martuscello, Acting P. J., Cohalan, Rabin and Mollen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY LANZA, ROBERT LISANTE, WILLIAM KATZ and ANTHONY GRANATA, Appellants. —Four judgments of the Supreme Court, Kings County, one as to each defendant, all rendered July 13, 1976, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, Acting P. J., Latham, Damiani and Hawkins, JJ., concur.